# United States District Court
# Western District of North Carolina
# Asheville Division

| | | |
|---|---|---|
| Jarrod Deandre Hausley, | ) | JUDGMENT IN CASE |
| | ) | |
| Petitioner, | ) | 1:14-CV-00149-MR |
| | ) | 1:10-CR-00032-MR-9 |
| vs. | ) | |
| | ) | |
| United States of America, | ) | |
| | ) | |
| Respondent, | ) | |

DECISION BY COURT. This action having come before the Court and a decision having been rendered;

IT IS ORDERED AND ADJUDGED that Judgment is hereby entered in accordance with the Court's June 24, 2014 Order.

June 24, 2014

*Frank G. Johns*

Frank G. Johns, Clerk
United States District Court